UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOSE MARIO CASTRILLO-ALVAREZ
   a/k/a
JOSE MARIO COLON ALVAREZ,

                      Defendant.

21-CR-767 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      It is hereby ORDERED that the defendant in the above captioned case, USM Number 89745-280, has been sentenced to a term of imprisonment of "Time Served," and therefore is to be released subject to any detainers.

      SO ORDERED.

                                            *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: February 14, 2022
       New York, New York